Date: 07/14/10        DIVIDENDS REMITTED TO THE COURT       # 150600    Page: 1

Case Number 09-16973 - WERTSCH, CORY L. *LM*

| Creditor | Claim No. | Check | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| **Prime Health**<br>P.O. Box 714328<br>Columbus, OH 43271 | 000002 | 105 | 113.81 | 3.12 |
| ---------- Remittance Total --------------- | | | 113.81 | 3.12 |

*[signature]*
ALAN J. TREINISH, TRUSTEE